IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIA KARDOSH,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-1946** |
| | : | |
| **CHERYL MCCALLIN,** *et al.*, | : | |
|     Defendants. | : | |

# ORDER

AND NOW, this 29th day of May, 2025, upon consideration of Plaintiff Julia Kardosh's *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. Kardosh's request for appointment of counsel is **DENIED**. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993).

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**